UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN AND DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>                Plaintiffs,<br><br>  vs.<br><br>FILMS IN MOTION, LLC, NTF PRODUCTIONS, LLC, CARJACKED ENTERTAINMENT, LLC, and BLOODOUT PRODUCTIONS, LLC,<br><br>                Defendants. | **NOTICE OF MOTION FOR DEFAULT JUDGMENT**<br><br>Case No. 17-cv-10037 (RA) |

      **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Gillian Costello in Support of Motion for Default Judgment and exhibits annexed thereto, Declaration of Chris Tashchyan in Support of Motion for Default Judgment and exhibits annexed thereto, and Plaintiffs' Memorandum of Law in Support of Motion for Default Judgment, and all other papers and proceedings had herein, Plaintiffs Directors of the Motion Picture Industry Pension Plan and Directors of the Motion Picture Industry Health Plan ("Directors" or "Plaintiffs") by and through their undersigned attorneys, will move this Court before the Honorable Ronnie Abrams at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 1506, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) to enter default judgment in favor of Plaintiffs and against Defendants Films in Motion, LLC, NTF Productions, LLC, and Carjacked Entertainment, LLC, granting all other relief sought in the

1

Complaint, and granting any and all other relief as the Court deems just and proper, on the grounds that said Defendants failed to answer or otherwise defend against the Complaint.

Date:  New York, New York
       July 6, 2018

                                        Respectfully submitted,

                                        SPIVAK LIPTON LLP
                                        *Attorneys for Plaintiffs*

                                            /s/
                              By:    Gillian Costello
                                        1700 Broadway, 21st Floor
                                        New York, NY 10019
                                        Tel.  212-765-2100
                                        Fax  212-765-8954
                                        gcostello@spivaklipton.com

TO:

    Films in Motion, LLC
    11625 Highland Dr.
    Baton Rouge, LA  70810

    NTF Productions, LLC
    9522 Brookline Ave
    Baton Rouge, LA 70809

    NTF Productions, LLC
    459 S. Sycamore Ave
    Los Angeles, CA 90036

    Carjacked Entertainment, LLC
    11625 Highland Dr.
    Baton Rouge, LA  70810

    Bloodout Productions, LLC
    10000 Celtic Drive
    Baton Rouge, LA 70809