USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3-31-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN and DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,

    Plaintiffs,

v.

FILMS IN MOTION, LLC, NTF PRODUCTIONS, LLC, CARJACKED ENTERTAINMENT, LLC AND BLOODOUT PRODUCTIONS, LLC,

    Defendants.

No. 17-CV-10037 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On December 14, 2018, the Court granted Plaintiffs' motion for default judgment against Defendants Films in Motion, NTF Productions, and Carjack Entertainments. Although the claims against Defendant Bloodout Productions, LLC remain pending, Plaintiffs have not further prosecuted this case.

By no later than April 7, 2021, Plaintiffs shall update the Court on the status of the claims against Bloodout Productions, LLC. If, however, Plaintiffs do not respond to this Order, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: March 31, 2021
    New York, New York

_____
Ronnie Abrams
United States District Judge